MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALFREDO B. GARCIA,<br><br>        Defendant. | CASE NO.  2:19-mj-00092-CKD<br><br>STIPULATION AND ORDER TO CONTINUE BENCH TRIAL<br><br>DATE: August 3, 2020<br>TIME:  9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for bench trial on August 3, 2020 at 9:30 a.m.

2. In light of the COVID-19 crisis and related General Orders issued by the United States District Court for the Eastern District of California, the parties now jointly move to continue the bench trial in this case to November 2, 2020, at 9:00 a.m.

3. The information in this case charges an infraction and Class B misdemeanor. Therefore the Speedy Trial Act does not apply and no exclusion of time is necessary.

///

///

///

STIPULATION & ORDER TO CONTINUE BENCH TRIAL            1

IT IS SO STIPULATED.

Dated:  July 17, 2020                                McGREGOR W. SCOTT
                                                                       United States Attorney


                                                                       /s/ *Alstyn Bennett*
                                                                       ALSTYN BENNETT
                                                                       Special Assistant U.S. Attorney


Dated:  July 17, 2020                                /s/ *Linda C. Allison*
                                                                       LINDA C. ALLISON
                                                                       Counsel for Defendant
                                                                       ALFREDO B. GARCIA
                                                                       *(Approved via email 7/17/2020)*


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial is continued November 2, 2020, at 9:00 a.m.


FOUND AND ORDERED

Dated:  July 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE