```
MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-mj-00092-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) BENCH TRIAL AND SET STATUS |
| v. | ) CONFERENCE |
| | ) |
| ALFREDO B. GARCIA, | ) |
| | ) |
| | ) DATE:  November 2, 2020 |
| Defendant. | ) TIME:  9:00 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on November 2, 2020 at 9:00 a.m.

2. Since the status conference, defense counsel has requested additional time to prepare and confer with her client. By this stipulation, the parties now jointly move to vacate the bench trial

/ / /

/ / /

and set a status conference for December 17, 2020 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: October 21, 2020          MCGREGOR W. SCOTT
                                 United States Attorney


                         By:     /s/ Alstyn Bennett
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 /s/ Linda Allison
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 10/21/2020 email authorization from Linda Allison*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a status conference is set for December 17, 2020 at 9:30 a.m.

FOUND AND ORDERED

Dated:  October 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE